James E. Doroshow (SBN 112920)
   jdoroshow@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Telephone:   310-598-4150
Facsimile:   310-556-9828

Attorneys for Defendants,
NATIONAL MEDIA CONNECTION, LLC, NATIONAL
MORTGAGE HELP CENTER, LLC, AND MATTHEW
S. GOLDREICH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NEIGHBORHOOD ASSISTANCE CORPORATION OF AMERICA, a Massachusetts corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL MEDIA CONNECTION, LLC, a Connecticut limited liability company, THE NATIONAL MORTGAGE HELP CENTER, LLC, a Connecticut limited liability company, and MATTHEW S. GOLDREICH, an individual,<br><br>Defendants. | Case No.: CV-13-01698-CRB<br><br>Hon. Judge Charles R. Breyer<br><br>**STIPULATION RE RESPONSE DEADLINE AND ORDER**<br><br>Date Complaint Filed:  4/15/13 |

Plaintiff Neighborhood Assistance Corporation of America ("Plaintiff") and Defendants National Media Connection, LLC, National Mortgage Help Center, LLC, and Matthew S. Goldreich ("Defendants") hereby stipulate and agree as follows:

### STIPULATION

WHEREAS Plaintiff filed its Complaint against Defendants on April 15, 2013;

WHEREAS the parties previously stipulated and agreed that each Defendant was served with the Summons and Complaint and that such service was deemed to have occurred on May 1, 2013;

WHEREAS the parties previously agreed that Defendants' response to the Complaint would be due on May 28, 2013; and

WHEREAS the parties are now engaged in settlement discussions which may result in a complete resolution of this entire litigation, and now wish to avoid the time and expense of litigating this action while such settlement discussions are ongoing;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and their respective undersigned attorneys as follows:

1.     The last day for Defendants to file a responsive pleading to the Complaint is extended from May 28, 2013 to June 18, 2013; and

2.     By entering into this Stipulation Defendants do not waive any challenges they may wish to make to the jurisdiction and/or venue of this Court, should this matter not settle.


Dated:  May 24, 2013          FOX ROTHSCHILD LLP


By: /James E. Doroshow/
    James E. Doroshow
    Attorneys for Defendants,
    NATIONAL MEDIA CONNECTION, LLC,
    NATIONAL MORTGAGE HELP CENTER, LLC,
    AND MATTHEW S. GOLDREICH

Dated:  May 24, 2013          KASOWITZ, BENSON, TORRES & FRIEDMAN LLP


                              By: /Christopher J. McNamara/
                                   Christopher J. McNamara
                                   Attorneys for Plaintiff,
                                   NEIGHBORHOOD ASSISTANCE
                                   CORPORATION OF AMERICA

        SO ORDERED:


Dated:  May 29, 2013          _____
                              UNITED STATES DISTRICT COURT

                              IT IS SO ORDERED

                              Judge Charles R. Breyer