| | |
|---|---|
| 1 | James E. Doroshow (SBN 112920) |
| | jdoroshow@foxrothschild.com |
| 2 | FOX ROTHSCHILD LLP |
| | 1800 Century Park East, Suite 300 |
| 3 | Los Angeles, CA 90067-1506 |
| | Telephone: 310-598-4150 |
| 4 | Facsimile: 310-556-9828 |
| 5 | Attorneys for Defendants, |
| | NATIONAL MEDIA CONNECTION, LLC, NATIONAL |
| 6 | MORTGAGE HELP CENTER, LLC, AND MATTHEW |
| | S. GOLDREICH |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEIGHBORHOOD ASSISTANCE CORPORATION OF AMERICA, a Massachusetts corporation, | Case No.: CV-13-01698-CRB |
| | Hon. Judge Charles R. Breyer |
| Plaintiff, | **STIPULATION RE RESPONSE DEADLINE AND CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES AND [PROPOSED] ORDER** |
| v. | |
| NATIONAL MEDIA CONNECTION, LLC, a Connecticut limited liability company, THE NATIONAL MORTGAGE HELP CENTER, LLC, a Connecticut limited liability company, and MATTHEW S. GOLDREICH, an individual, | |
| | Date Complaint Filed: 4/15/13 |
| Defendants. | |

STIPULATION

1

Plaintiff Neighborhood Assistance Corporation of America ("Plaintiff") and Defendants National Media Connection, LLC, National Mortgage Help Center, LLC, and Matthew S. Goldreich ("Defendants") hereby stipulate and agree as follows:

**STIPULATION**

WHEREAS Plaintiff filed its Complaint against Defendants on April 15, 2013;

WHEREAS the parties previously stipulated and agreed that each Defendant was served with the Summons and Complaint and that such service was deemed to have occurred on May 1, 2013;

WHEREAS the parties previously agreed that Defendants' response to the Complaint would be due on June 18, 2013; and

WHEREAS the parties are now engaged in settlement discussions which may result in a complete resolution of this entire litigation, and now wish to avoid the time and expense of litigating this action while such settlement discussions are ongoing;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and their respective undersigned attorneys as follows:

1. The last day for Defendants to file a responsive pleading to the Complaint is extended from June 18, 2013 to July 5, 2013; and

2. By entering into this Stipulation Defendants do not waive any challenges they may wish to make to the jurisdiction and/or venue of this Court, should this matter not settle.

3. The Case Management Conference presently scheduled before the Court on July 19, 2013 at 8:30 a.m. will be continued until _____August 30_____, 2013 at _8:30_ a.m., and all other deadlines set forth in the Court's Order Setting Case Management Conference dated April 8, 2013 are hereby vacated and shall be continued by thirty (30) days.

///
///
///

STIPULATION
2

| | |
|---|---|
| Dated:  June 12, 2013 | FOX ROTHSCHILD LLP |
| | By: /James E. Doroshow/<br>James E. Doroshow<br>Attorneys for Defendants,<br>NATIONAL MEDIA CONNECTION, LLC,<br>NATIONAL MORTGAGE HELP CENTER, LLC,<br>AND MATTHEW S. GOLDREICH |
| Dated:  June 12, 2013 | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP |
| | By: /Christopher J. McNamara/<br>Christopher J. McNamara<br>Attorneys for Plaintiff,<br>NEIGHBORHOOD ASSISTANCE<br>CORPORATION OF AMERICA |

SO ORDERED:

Dated: _____June 13__, 2013   _____
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA