KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Christopher J. McNamara (SBN 209205)
cmcnamara@kasowitz.com
Margaret A. Ziemianek (SBN 233418)
mziemianek@kasowitz.com
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Attorneys for Plaintiff
Neighborhood Assistance Corporation of America

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| NEIGHBORHOOD ASSISTANCE CORPORATION OF AMERICA, a Massachusetts corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL MEDIA CONNECTION, LLC, a Connecticut limited liability company, THE NATIONAL MORTGAGE HELP CENTER, LLC, a Connecticut limited liability company, and MATTHEW S. GOLDREICH, an individual,<br><br>Defendants. | Case No. CV-13-1698-CRB<br><br>**STIPULATION TO CONTINUE RESPONSE DEADLINE AND CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Hon. Charles R. Breyer<br><br>Complaint filed: April 15, 2013 |

Plaintiff Neighborhood Assistance Corporation of America ("Plaintiff") and Defendants National Media Connection LLC, The National Mortgage Help Center LLC and Matthew S. Goldreich ("Defendants") hereby stipulate and agree as follows:

## STIPULATION

WHEREAS Plaintiff filed its Complaint against Defendants on April 15, 2013;

WHEREAS the parties previously stipulated and agreed that each Defendant was served with the Summons and Complaint and that such service was deemed to have occurred on May 1,

2013;

WHEREAS the parties previously agreed that Defendants' response to the Complaint would be due on August 15, 2013; and

WHEREAS the parties are now engaged in settlement discussions which may result in a complete resolution of this entire litigation, and now wish to avoid the time and expense of litigating this action while such settlement discussions are ongoing;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and their respective undersigned attorneys, as follows:

1. The last day for Defendants to file a responsive pleading to the Complaint is extended to September 6, 2013;
2. By entering into this Stipulation Defendants do not waive any challenges they may wish to make to the jurisdiction and/or venue of this Court, should this matter not settle; and
3. The Case Management Conference presently scheduled for August 30, 2013 at 8:30 a.m. will be continued until October 11, 2013 at 8:30 a.m., and all deadlines tied to the Case Management Conference date shall be keyed to the new date.

DATED:  August 23, 2013           KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By:     /S/ Christopher J. McNamara
        Christopher J. McNamara

Attorneys for Plaintiff
Neighborhood Assistance Corporation of America

DATED:  August 23, 2013           FOX ROTHSCHILD LLP

By:     /S/ James E. Doroshow
        James E. Doroshow

Attorneys for Defendants
National Media Connection, LLC, National Mortgage Help Center, LLC and Matthew S. Goldreich

PURSUANT TO STIPULATION, IT IS SO ORDERED.

August 27, 2013



_____
United States