KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Christopher J. McNamara (SBN 209205)
cmcnamara@kasowitz.com
Margaret A. Ziemianek (SBN 233418)
mziemianek@kasowitz.com
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Attorneys for Plaintiff
Neighborhood Assistance Corporation of America

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NEIGHBORHOOD ASSISTANCE CORPORATION OF AMERICA, a Massachusetts corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL MEDIA CONNECTION, LLC, a Connecticut limited liability company, THE NATIONAL MORTGAGE HELP CENTER, LLC, a Connecticut limited liability company, and MATTHEW S. GOLDREICH, an individual,<br><br>Defendants. | Case No. CV-13-1698-CRB<br><br>**STIPULATION TO CONTINUE RESPONSE DEADLINE AND CASE MANAGEMENT CONFERENCE AND ORDER**<br><br>Hon. Charles R. Breyer<br><br>Complaint filed: April 15, 2013 |

Plaintiff Neighborhood Assistance Corporation of America ("Plaintiff") and Defendants National Media Connection LLC, The National Mortgage Help Center LLC and Matthew S. Goldreich ("Defendants") hereby stipulate and agree as follows:

**STIPULATION**

WHEREAS Plaintiff filed its Complaint against Defendants on April 15, 2013;

WHEREAS the parties previously stipulated and agreed that each Defendant was served with the Summons and Complaint and that such service was deemed to have occurred on May 1,

2013;

WHEREAS the parties previously agreed that Defendants' response to the Complaint would be due on August 15, 2013; and

WHEREAS the parties are now engaged in settlement discussions which may result in a complete resolution of this entire litigation, and now wish to avoid the time and expense of litigating this action while such settlement discussions are ongoing;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto and their respective undersigned attorneys, as follows:

1. The last day for Defendants to file a responsive pleading to the Complaint is extended to September 6, 2013;
2. By entering into this Stipulation Defendants do not waive any challenges they may wish to make to the jurisdiction and/or venue of this Court, should this matter not settle; and
3. The Case Management Conference presently scheduled for August 30, 2013 at 8:30 a.m. will be continued until October 11, 2013 at 8:30 a.m., and all deadlines tied to the Case Management Conference date shall be keyed to the new date.

DATED:  August 23, 2013            KASOWITZ, BENSON, TORRES & FRIEDMAN LLP


By:    /S/ Christopher J. McNamara
       Christopher J. McNamara

Attorneys for Plaintiff
Neighborhood Assistance Corporation of America


DATED:  August 23, 2013            FOX ROTHSCHILD LLP


By:    /S/ James E. Doroshow
       James E. Doroshow

Attorneys for Defendants
National Media Connection, LLC, National Mortgage Help Center, LLC and Matthew S. Goldreich

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

3  August 27, 2013



_____
United States District Judge Charles R. Breyer